IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BH MANAGEMENT as agent for
STONE RIDGE AT VININGS APTS,

    Plaintiff

v.

DEVERICK WOOTEN and All Others,

    Defendant

CIVIL ACTION FILE NO.
1:18-CV-4818-ODE-JKL

ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed October 24, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Larkins recommends that this case be remanded to the Magistrate Court of Cobb County. Remand is warranted because this Court does not have subject matter jurisdiction.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Cobb County, Georgia.

SO ORDERED, this \_\_6\_\_ day of December, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE